IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **CEDRIC GRIZZELL, TARA YVETTE WREN, AND THOMAS CAREY LAMBERT** | **PLAINTIFFS** |
| v. | CIVIL ACTION NO.: 3:24-cv-607-DPJ-ASH |
| **MISSISSIPPI PUBLIC BROADCASTING AKA MISSISSIPPI AUTHORITY FOR EDUCATIONAL TELEVISION AND ROYAL AILLS** | **DEFENDANTS** |

## NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiff, by and through counsel, will depose **Royal Aills** on October 13, 2025, beginning at 2:00 pm at the Office of the MS Attorney General, before a court reporter or before some other officer authorized by law to administer oaths. The deposition may also be videotaped.

You are invited to attend and take part in the examination as you may deem fit and proper.

THIS, the 7th day of October, 2025.

                Respectfully submitted,

                s/Nick Norris
                NICK NORRIS (MSB #101574)
                Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
272 Calhoun Station Parkway
Suite C #13
Gluckstadt, MS 39110
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

## CERTIFICATE OF SERVICE

I, NICK NORRIS, attorney for Defendants, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record.

SO CERTIFIED, this, the 7th day of October, 2025.

s/Nick Norris<br>NICK NORRIS